UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-211-MOC

| | |
|---|---|
| KRISTINA PHILBRICK-MORRISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**UPON CONSIDERATION** of Defendant's Consent Motion to Remand Under Sentence Four of 42 U.S.C. § 405(g), (Doc. No. 19), Plaintiff's consent to that motion, and the entire record in this case, Defendant's motion is **GRANTED**.

It is hereby **ORDERED** that the final decision of the Commissioner is reversed and that this matter is hereby remanded to the Commissioner for further proceedings, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

To this extent, Plaintiff's pending Motion for Summary Judgment, (Doc. No. 17), is **DENIED** as moot.

Signed: September 27, 2021

Max O. Cogburn Jr.
United States District Judge