UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-211-MOC

| | |
|---|---|
| KRISTINA PHILBRICK-MORRISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney Fees. (Doc. No. 22). Defendant has consented to the motion. The motion is **GRANTED**. The parties have agreed that the Commissioner of Social Security should pay the sum of $6,300.00, in full and final settlement of all claims arising under the Equal Access to Justice Act ("EAJA"). See 28 U.S.C. § 2412(d).

It is therefore **ORDERED** that the Commissioner of Social Security pay to Plaintiff the sum of $6,300.00 in attorney fees, in full satisfaction of all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte Hall, and mailed to her office at P.O. Box 58129, Raleigh, North Carolina 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address.

Signed: November 24, 2021

Max O. Cogburn Jr.
United States District Judge